IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEPAUL WASHINGTON** : <br> : <br> : <br> vs. : <br> : <br> **J.G. WENTWORTH COMPANY** : <br> **J.G. WENTWORTH, LLC** : <br> **AXAR CAPITAL MANAGEMENT, LP** : <br> : | Civil Action No. 25-2449 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants that Defendants J.G. Wentworth Company, J.G. Wentworth, LLC, D.W., J.G. Wentworth Originations, LLC, A.D.Y., LLC, and GRIFF-DOD, LLC are hereby dismissed with prejudice, and this case shall be marked settled and closed with all parties bearing their own costs.

**MARK THOMAS SOPHOCLES, LLC**             **MARSHALL DENNEHEY, P.C.**

BY:   /s/ *Mark T. Sophocles*                      BY:   /s/ *Ryan P. Friel*
        MARK T. SOPHOCLES                                  RYAN P. FRIEL
        Identification Number: 74998                       Identification Number: 315297
        21 Industrial Blvd., Suite 201                     2000 Market Street, Suite 2300
        Paoli, PA 19301                                    Philadelphia, PA 19103
        Attorney for Plaintiff                             Attorney for Defendants

                                                   APPROVED BY:

                                                   _/s/ Mia R. Perez_____
                                                   HON. MIA R. PEREZ

LEGAL/171624680.1